IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE BARKSDALE | : | CIVIL ACTION |
| vs. | : | |
| KHL MARKET SQUARE, L.P., | : | |
| UNITED STATES POSTAL SERVICE | : | NO. 02-4397 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Tuesday, February 25, 2003.*   **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

**\*Case continued from December 20, 2002
NO FURTHER CONTINUANCES
WILL BE GRANTED.\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: December 16, 2002

Copies:    Madeline Ward, Courtroom Deputy to Judge Shapiro
           Docket Clerk - Case File

        Counsel:   Dale G. Larrimore, Esq.
                          Brian M. Marriott, Esq.
                          Virginia R. Powel, Esq.
       Arbitrators:

ARB2.FRM